AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Greg Miera (b. 1965, SSN -4020); Martin Huertta (b. 1972, SSN -9603); Christian Herrera (b. 1996, SSN -5655); Isaiah Gallegos (b. 1995, SSN -5700); Christopher Gallegos (b. 1984, SSN -2926)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>*FILED UNITED STATES DISTRICT COURT ALBUQUERQUE, NEW MEXICO*<br>*MAR 31 2016*<br>*MATTHEW J. DYKMAN CLERK*<br><br>16mj1330 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 30, 2016__ in the county of __Bernalillo__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113 | Bank Robbery |
| 18 USC § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
**See attached affidavit**

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Paul D. Wright, Special Agent, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 31, 2016__

_____
*Judge's signature*

City and state: __Albuquerque NM__

KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT OF PAUL D. WRIGHT

Your Affiant, Paul D. Wright, having been first duly sworn, does hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been so employed since October 1998. I am therefore authorized to investigate federal criminal offenses. I am currently the Bank Robbery Coordinator for the Albuquerque Division of the FBI and as such have participated in investigations of suspected violations of federal bank robbery laws, including Title 18, United States Code (USC), Section (§) 2113. My other experience prior to being a Special Agent includes more than two years as a military policeman, for a total of twenty years of experience in law enforcement. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or from reliable sources.

2. This affidavit will show that there is probable cause in support of a criminal complaint against Greg Miera (year of birth 1965, SSN xxx-xx-4020); Martin Huertta (year of birth 1972, SSN xxx-xx-9603); Christian Herrera (year of birth 1996, SSN xxx-xx-5655); Isaiah Gallegos (year of birth 1995, SSN xxx-xx-5700); and Christopher Gallegos (year of birth 1984, SSN xxx-xx-2926) for violations of 18 USC § 2113, that being bank robbery, and 18 USC 2, that being aiding and abetting.

3. The statements contained in this affidavit are based upon your Affiant's investigation, training and experience and information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal

complaint, your Affiant has not included each and every fact known to me concerning this investigation. Your Affiant has set forth only the facts which your Affiant believes are necessary to establish probable cause to support a criminal complaint against Greg Miera, Martin Huertta, Isaiah Gallegos, Christian Herrera and Christopher Gallegos, in violation of 18 USC § 2113 and 18 USC § 2.

4. This investigation concerns alleged violations of 18 USC § 2113 and 18 USC § 2.

5. 18 USC § 2113 prohibits taking, by force and violence or by intimidation, money in the possession of a bank or credit union.

6. On March 2, 2016, an Albuquerque Police Department (PD) source stated that the source and other individuals had provided stolen motor vehicles to Martin Huertta, the defendant named in the criminal complaint which this affidavit supports, and a male individual named Greg. The source did not know Greg's last name, but provided Greg's physical description and indicated that Greg's residence was 4905 14th Street (St) NW, Albuquerque, New Mexico (NM). The source had been inside Greg's residence, where he had observed large amounts of United States currency as well as firearms. The source overheard Greg state that Greg, Huertta and a third male individual used the stolen motor vehicles which the source and others provided to Huertta for the purpose of committing multiple bank robberies. The source provided a cellular telephone number for Huertta.

7. Database checks reflected that Huertta was the account holder for the cellular telephone number which the source had provided. Database checks further reflected that Greg Miera, the defendant named in the criminal complaint which this affidavit supports, was a resident of 4905 14th St NW and matched the physical description which the source had provided.

8. On March 14, 2016, the FBI received an anonymous tip which stated that an individual

named Christian Hernandez, approximately 19 or 20 years of age, resided at a house which did not bear a street number, but which was located directly to the north of 4901 14th St NW, Albuquerque, NM. It is noted that 4905 14th St NW, Albuquerque, NM, is located directly to the north of 4901 14th St NW, Albuquerque, NM. The anonymous tip further indicated that Christian and his father, who lives at the same address, had boasted that they had recently committed a bank robbery and that they planned to commit another.

9. On March 28, 2016, the Albuquerque PD conducted surveillance on Huertta, Miera and a male individual. The three departed 4905 14th St NW in a white Chevrolet Tahoe sport utility vehicle bearing NM registration LSF159. A query of NM Motor Vehicle Division (MVD) records reflected that the registration did not match the vehicle and the license plate had previously been reported stolen. Huertta, Miera and the third male traveled to 1313 Columbia St, exited the Tahoe and got into a green Chevrolet Silverado pickup truck bearing NM registration FDS690. A query of NM MVD records reflected that the latter registration did not match the vehicle and the license plate had also been reported stolen. The third male drove the Silverado, while Huertta rode in the front passenger seat and Miera rode in the rear passenger compartment. The three traveled to multiple bank branch locations throughout Albuquerque and appeared to case the branches. They conducted surveillance on the branches and wore gloves and other concealing garments on their heads. On one occasion, they drove rapidly away from a bank branch, consistent with a test run for quickly fleeing a bank. The same evening, Huertta and Miera dropped off the third individual at a motel. Detectives of the Albuquerque PD obtained a list of guests at the motel and upon reviewing driver's license images of the guests, recognized one of them, Christopher Gallegos, the defendant named in the criminal complaint which this affidavit supports, as the third male individual who had traveled around earlier the same day with Huertta and Miera and who had appeared to case multiple bank branches with them. Gallegos was easily identifiable due to distinctive insect-shaped tattoos which

he has on each cheek.

10. On March 29, 2016, the Albuquerque PD again conducted surveillance on Huertta, Miera, Gallegos, as well as a fourth male individual who was with them. The four individuals again appeared to case multiple bank branches throughout Albuquerque. On at least two occasions, with Christopher Gallegos driving again, they appeared to case a branch of US Bank located at 5620 Wyoming Boulevard NE, Albuquerque, NM. For most of the casing activity, the four traveled in a blue Subaru Legacy automobile bearing NM registration 024TAX.

11. On March 30, 2016, the Albuquerque PD again conducted surveillance. At approximately 1:00 p.m., the aforementioned Subaru, occupied by four individuals, arrived at the aforementioned US Bank branch. The individuals variously had their heads covered and once again appeared to case the branch. Detectives continued to conduct surveillance on the vehicle.

12. At approximately 2:39 p.m., the Subaru pulled up and stopped near the entrance of the aforementioned branch of US Bank. A male subject exited the vehicle, while the three other occupants remained inside. The male who exited wore a dark-colored, hooded sweatshirt with the hood worn on his head, khaki pants, dark-colored shoes, sunglasses and a black stocking or similar item worn over his face. Witnesses described the subject as a male approximately 5'8" or 5'9" tall and of medium build. The subject entered the bank branch.

13. Once the subject had entered the branch, three bank employees as well as a customer observed that he carried a light-colored plastic bag in one hand and what appeared to be a black semiautomatic handgun in the other. The subject pointed the handgun at all three bank employees, threatened to shoot the bank employees, ordered them not to activate any alarms and demanded that two victim tellers place United States currency into the plastic bag. The victim tellers complied, placing currency in the bag. The subject took the bag and exited the branch. Detectives of the Albuquerque PD observed the subject

reenter the Subaru.

14. Detectives continued to observe the Subaru as it traveled from the branch to 4905 14th St NW. The Albuquerque PD also used electronic and aerial surveillance to observe the vehicle. The vehicle arrived at 4905 14th St NW with four occupants inside. The occupants exited the vehicle and entered 4905 14th St NW. A short time later, Miera exited the residence, threw a light-colored plastic bag and United States currency over a fence onto a vacant lot adjacent to the residence and then ran to his mother's residence a short distance away. A short time later, law enforcement officers located Miera at his mother's residence.

15. Once the Subaru arrived at 4905 14th St NW, the Albuquerque PD conducted continual surveillance on the residence, physically, aerially and electronically, with surveillance covering all sides of the residence. Three male individuals subsequently exited the residence and were identified as Huertta, Christian Herrera and Isaiah Gallegos. The latter two individuals are identical to the defendants named in the criminal complaint which this affidavit supports. From the time that the vehicle arrived until Huertta, Herrera and Gallegos exited the residence, no other individuals entered or exited the residence, except for Miera.

16. At approximately the same time as the Subaru arrived, Christopher Gallegos and a female individual who identified herself as Christopher's girlfriend arrived at 4905 14th St NW in the Tahoe. Christopher Gallegos' girlfriend was interviewed. She stated that Gallegos had confessed to her that he robbed a bank approximately two months earlier. He had also confessed to her that he had stolen the Tahoe and used it to case banks before robbing them.

17. The FBI subsequently executed a search warrant and recovered the plastic bag and United States currency which Miera had discarded.

18. US Bank's deposits are insured by the Federal Deposit Insurance Corporation and it is therefore a bank as defined under 18 USC § 2113.

19. The aforementioned branch of US Bank is located in Bernalillo County, New Mexico, and suffered a financial loss in the robbery.

20. Based on the aforementioned facts, there is probable cause to believe that Martin Huertta, Greg Miera, Christopher Gallegos, Isaiah Gallegos and Christian Herrera robbed the aforementioned branch of US Bank, in violation of 18 USC § 2113 and that they aided and abetted one another, in violation of 18 USC § 2.

I swear that this information is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

_____
Paul D. Wright
Special Agent
Federal Bureau of Investigation


Subscribed to and sworn to
before me, this 31st of March, 2016

_____
United States Magistrate Judge
Albuquerque, New Mexico